United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 17, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-50690
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SHERMAN LAMONT FIELDS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-01-CR-114-ALL
--------------------

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Sherman Lamont Fields has

requested leave to withdraw and has filed a brief as required by

Anders v. California, 386 U.S. 738 (1967).  Although he was

granted extensions of time to file a response to his counsel's

motion, Fields has not filed a response.  Our independent review

of counsel's brief and the record discloses no nonfrivolous issue

for appeal.  Counsel's motion for leave to withdraw is GRANTED,

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.  Counsel's motion to extend the time for Fields to file an amended brief is DENIED.

ANDERS MOTION GRANTED; APPEAL DISMISSED; MOTION FOR EXTENSION OF TIME FOR APPELLANT TO FILE AN AMENDED BRIEF DENIED.